IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERESA CRAWFORD,

    Plaintiff,

v.                              CASE NO.: 3:24-cv-470

WALTON COUNTY, FLORIDA,

    Defendant.

_____

## DEFENDANT WALTON COUNTY, FLORIDA'S INITIAL RULE 26 DISCLOSURES

Defendant, Walton County, pursuant to the Court's Final Scheduling Order [ECF 10] and the Joint Report of the Parties' Rule 26(f) Planning Conference [ECF 9], by and through its undersigned counsel, hereby serves and files its initial disclosures in accordance with Rule 26, Fed. R. Civ. P.

**I.    The name and, if known, address and telephone number of each individual likely to have discoverable information, along with the subject of that information, that the Defendants may use to support their defenses:**

    1.    Nathan Kervin
           Director of Human Resources
           Walton County, Florida
           c/o Warner Law Firm, P.A.

2. Tina McHenry
   Former HR Generalist
   Walton County Human Resources
   c/o Warner Law Firm, P.A.

3. Stephanie Barnes
   Administration Receptionist
   Walton County, Florida
   c/o Warner Law Firm, P.A.

4. Crystal Sconiers
   Director of Human Resources
   Walton County Clerk of Court and Comptroller
   c/o Warner Law Firm, P.A.

5. Jennifer Ward
   Former Administrative Services Coordinator
   Walton County, Florida
   c/o Warner Law Firm, P.A.

6. Mary King
   Director of Administrative Services
   Walton County, Florida
   Warner Law Firm, P.A.

7. Rachel Jenkins Carter
   Program Development and Outreach Coordinator
   Walton County, Florida
   c/o Warner Law Firm. P.A.

8. Shannon Jackson
   Former Human Resources Manager
   Walton County, Florida
   c/o Warner Law Firm, P.A.

9. Teresa Crawford
   Plaintiff
   c/o Marie A. Mattox P.A.

10. Witnesses subsequently identified through ongoing discovery

11. Witnesses listed by Plaintiff.

*Defendant, Walton County, reserves the right to supplement this disclosure as additional witnesses are identified.*

**II. Copy, or description by category and location, of all documents, electronically stored information, and tangible things that the Defendants have in their possession, custody or control and may be used to support its defenses:**

1. Walton County Board of County Commissioners Human Resources Policy Manual (BOCC1-1 to BOCC1-146).

2. Teresa Crawford Personnel File (CRA1-1 to CRA1-14).

3. Statement of Nathan Kervin (CRA1-15).

4. Email from Teresa Harrison (Crawford) to Nathan Kervin re; Leave, dated August 25, 2023 (CRA1-16 to CRA1-17).

5. Email from Quinn Robertson to Nathan Kervin dated August 23, 2023, forwarding email from Teresa Crawford to Quinn Robertson, Subject: Employment, dated August 17, 2023 (CRA1-18 to CRA1-19).

6. Email from Teresa Crawford to Nathan Kervin, re: job, dated August 23, 2023 (CRA1-20 to CRA1-21).

7. Email from Teresa Harrison (Crawford) to Shannon Jackson, re: Pay, dated September 19, 2023 (CRA1-22 to CRA1-25).

8. Email from Teresa Harrison (Crawford) to Nathan Kervin and Danny Glidewell, Subject: Position and Pay, dated August 25, 2023 (CRA1-26 to CRA1-27).

9. Teresa Crawford employee evaluation, dated October 18, 2021 (CRA1-29 to CRA1-30).

10. Personal Action Notice – Salary Change, effective October 8, 2022 (CRA1-32).

11. Personal Action Notice – Termination, effective August 29, 2023 (CRA1-33).

12. Report of investigation (CRA1-34 to CRA1-41).

13. Crystal Sconiers statement (CRA1-42).

14. Personnel file – Donna Walsingham (CRA1-43 to CRA1-354).

15. Personnel file – Gary Mattison (CRA1-355 to CRA1-434).

16. Personnel file – Joanna Collinsworth (CRA1-435 to CRA1-624).

17. Personnel file – Rachel Jenkins (CRA1-625 to CRA1-732).

18. Personnel file – Scott Brannon (CRA1-733 to CRA1-801).

19. Michael Barker letter of resignation (CRA1-802).

20. Documents subsequently identified through discovery.

21. Documents listed by Plaintiff.

*Defendant, Walton County, reserves the right to supplement this disclosure as additional documents are identified.*

**III.     Computation of Damages**

Defendants do not seek to recover damages in this action.

**IV.     Any insurance agreement under which an insurance business by be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

See Florida Association of Counties Trust (FACT) Agreement # 9020 (FACT-Crawford-1 to FACT-Crawford-2), attached hereto.

DATED November 7, 2024.

                                                WARNER LAW FIRM, P. A.

                                                ***/s/ Gavin M. Handler***
                                                GAVIN M. HANDLER
                                                Florida Bar No. 1044318
                                                WILLIAM G. WARNER
                                                Florida Bar No. 0346829
                                                501 W. 11th St, Suite A
                                                Panama City, FL  32401
                                                Phone No. (850) 784-7772
                                                pleadings@warnerlaw.us
                                                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed on November 7, 2024 via CM/ECF, which will serve a copy to:

Brian O. Finnerty
Florida Bar No. 0094647
Marie A. Mattox
Florida Bar No. 0739685
MARIE A. MATTOX, P.A.
203 North Gadsden St.
Tallahassee, FL 32301
Brian.finnerty@mattoxlaw.com
marie@mattoxlaw.com
linette.williams@mattoxlaw.com
bonny@mattoxlaw.com
*Counsel for Plaintiff*

                                             **/s/ Gavin M. Handler**
                                             GAVIN M. HANDLER
                                             Florida Bar No. 1044318